NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MILLENNIUM DENTAL TECHNOLOGIES, INC.,**
*Plaintiff-Appellant,*

v.

**FOTONA D.D.,**
*Defendant-Appellee.*

---

2010-1428

---

Appeal from the United States District Court for the Central District of California in case no. 09-CV-1792, Judge Manuel L. Real.

## ORDER

The court considers whether the stay of proceedings in this appeal should be lifted.

On August 24, 2010, this court stayed the briefing schedule because the district court had not entered an order granting the motion to enforce settlement. On September 30, 2010, the district court entered its order, and the appellant subsequently filed an amended notice of appeal. The matter now being resolved, the court lifts the stay and directs a briefing schedule.

Accordingly,

IT IS ORDERED THAT:

The stay of briefing is lifted. Millennium Dental Technologies, Inc. should file its initial brief within 40 days from the date of filing of this order.

FOR THE COURT

__JUN 2 4 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: James S. Azadian, Esq.
    Philip J. Graves, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 4 2011

JAN HORBALY
CLERK